UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.

SEOUL SEMICONDUCTOR CO., LTD.,
a Korean corporation; SEOUL VIOSYS CO., LTD.,
a Korean corporation,

Plaintiffs,

v.

HEALTHE, INC.

Defendant.
_______________________________________/

**COMPLAINT FOR PATENT INFRINGEMENT**

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

Plaintiffs Seoul Semiconductor Co., Ltd. ("Seoul Semiconductor") and Seoul Viosys Co., Ltd. ("Seoul Viosys"), (collectively "Plaintiffs") for their Complaint against Defendant Healthe, Inc. ("Healthe") allege as follows:

## INTRODUCTION

1. Plaintiffs bring this patent infringement action to protect their valuable patented technology relating to light-emitting diode (LEDs) and LED lighting. An LED is a semiconductor device that converts electrical energy into light. LEDs have many advantages over conventional light sources, including lower energy consumption, longer lifetime, and smaller size.

2. Seoul Semiconductor was founded in 1992 with around 30 employees in a small space of a commercial building in Bongchen-dong, Seoul. From those 30 employees, Seoul Semiconductor grew into one of the largest manufacturers of LEDs in the world. Seoul Viosys is also a leading company in the LED industry and an affiliate company of Seoul Semiconductor.

3. Seoul Semiconductor's success is in large part due to its significant investment in innovation and respect for intellectual property. Seoul Semiconductor has invested in research and development ("R&D") for the last two decades. Seoul Semiconductor invests over 10% of sales revenue into R&D and owns one of the largest LED patent portfolios in the world, which includes more than 10,000 patents worldwide.

## THE PARTIES

4. Plaintiff Seoul Semiconductor is a company organized and existing under the laws of the Republic of Korea, with its principal place of business at 1B-25, 727, Wonsi-dong, Danwon-gu, Ansan-city, Gyeonggi-do, Korea 425-851.

5. Plaintiff Seoul Viosys is a company organized and existing under the laws of the Republic of Korea, with its principal place of business at 65-16, Sandan-ro 163 beon-gil, Danwon-gu, Ansan-city, Gyeonggi-do, Korea 425-851.

6. Healthe is a corporation organized under the laws of Delaware, with corporate headquarters and principal place of business at 801 N. Atlantic Avenue, Cocoa Beach, Florida 32931.

7. Healthe was founded as a wholly-owned subsidiary of Lighting Science Group Corp. ("LSG") on October 23, 2018. Healthe engages in the manufacture, research, development, and sale of devices and systems that use LEDs as the light source. Healthe manufactures, offers for sale, and/or sells products that were previously manufactured and/or sold by LSG, including accused products in this lawsuit. Healthe also continues to provide service to LSG's former customers.

8. Healthe sells JOURNI FG-07028 (LSH TRVLGT GDGN 10W SL), which is a mobile task light. The images of the JOURNI FG-07028 are provided below.










9. Healthe sells GoodNight FG-07002 (LSH A19 40WE GN 120 SH BX), which is a sleep LED bulb. The images of the GoodNight FG-07002 are provided below.








## JURISDICTION AND VENUE

10. This is an action for patent infringement, under the patent laws of the United States, 35 U.S.C. § 271 et seq. This Court has subject matter jurisdiction under 28 U.S.C. §§1331 and 1338(a).

11. This Court has personal jurisdiction over Healthe because its corporate headquarters and principal place of business is in the State of Florida and in this judicial district.

12. Healthe offers to sell and sells products that infringe one or more of Plaintiff's asserted patents to customers located in the State of Florida, and in this judicial district or for use in this judicial district. For example, Healthe maintains an authorized sales force in Miami, Florida and in Deerfield Beach, Florida. See https://healthelighting.com/pages/healthe-agencysales-force. In addition, Healthe offers for sale and sells its products from its website for shipment to purchasers throughout the State of Florida, including in this judicial district.

13. Venue is proper within this judicial district under 28 U.S.C. § 1400 because Healthe has committed acts of infringement in this judicial district and has a regular and established place of business within this judicial district.

## PATENTS-IN-SUIT

14. U.S. Patent No. 8,829,552 ("the '552 patent") was duly and legally issued on September 9, 2014, by the United States Patent and Trademark Office to Seo et al. The '552 patent

is entitled "LIGHT EMITTING DEVICE". Seoul Semiconductor is the owner by assignment of the '552 patent. A true and correct copy of the '552 patent is attached hereto as Exhibit 1.

15. U.S. Patent No. 10,134,967 ("the '967 patent") was duly and legally issued on November 20, 2018, by the United States Patent and Trademark Office to Seo et al. The '967 patent is entitled "LIGHT EMITTING DEVICE". Seoul Semiconductor is the owner by assignment of the '967 patent. A true and correct copy of the '967 patent is attached hereto as Exhibit 2.

16. U.S. Patent No. 9,799,800 ("the '800 patent") was duly and legally issued on October 24, 2017, by the United States Patent and Trademark Office to Jang et al. The '800 patent is entitled "LIGHT EMITTING DEVICE AND METHOD OF FABRICATING THE SAME". Seoul Viosys is the owner by assignment of the '800 patent. A true and correct copy of the '800 patent is attached hereto as Exhibit 3.

17. U.S. Patent No. 9,716,210 ("the '210 patent") was duly and legally issued on July 25, 2017, by the United States Patent and Trademark Office to Kim et al. The '210 patent is entitled "LIGHT EMITTING DIODE AND METHOD OF FABRICATING THE SAME". Seoul Viosys is the owner by assignment of the '210 patent. A true and correct copy of the '210 patent is attached hereto as Exhibit 4.

18. U.S. Patent No. 7,667,225 ("the '225 patent") was duly and legally issued on February 23, 2010, by the United States Patent and Trademark Office to Lee et al. The '225 patent is entitled "LIGHT EMITTING DEVICE". Seoul Semiconductor is the owner by assignment of the '225 patent. A true and correct copy of the '225 patent is attached hereto as Exhibit 5.

19. U.S. Patent No. 9,269,868 ("the '868 patent") was duly and legally issued on February 23, 2016, by the United States Patent and Trademark Office to Kushibe et al. The '868 patent is entitled "SEMICONDUCTOR LIGHT EMITTING ELEMENT AND METHOD FOR MANUFACTURING SEMICONDUCTOR LIGHT EMITTING ELEMENT". Seoul

Semiconductor is the owner by assignment of the ’868 patent. A true and correct copy of the ’868 patent is attached hereto as Exhibit 6.

20. U.S. Patent No. 9,041,032 (“the ’032 patent”) was duly and legally issued on May 26, 2015, by the United States Patent and Trademark Office to Choi et al. The ’032 patent is entitled “LIGHT EMITTING DIODE HAVING STRAIN-ENHANCED WELL LAYER”. Seoul Viosys is the owner by assignment of the ’032 patent. A true and correct copy of the ’032 patent is attached hereto as Exhibit 7.

**COUNT I**

**INFRINGEMENT OF THE ’552 PATENT**

**EXAMPLE CLAIM 1**

21. Healthe has infringed and continues to infringe one or more claims of the ’552 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the GoodNight FG-07002 LED bulb within the United States or importing the GoodNight FG-07002 LED bulb into the United States.

22. The GoodNight FG-07002 includes 28 LED packages, each of which comprises a light emitting diode device. An image of the LED packages from the GoodNight FG-07002 LED bulb is reproduced below.



23. A top image of the LED package from the GoodNight FG-07002 LED bulb is reproduced below.



24. Three images are provided below. The image below left is an optical image of a cross-section through the LED package and the image below right is a scanning electron microscope image of a cross-section through the LED package. The bottom image is an x-ray image taken vertically through the pair of lead frames.







25. The images above depict a pair of spaced-apart lead frames, each having an upper and lower surface. Each of the lead frames also includes sidewalls that connect the upper and lower surfaces. All three images show a light emitting diode chip on the top surface of the left lead frame.

26. The x-ray image above depicts for each lead frame a central relatively dark area that encompasses the majority of each lead frame.

27. The x-ray image also depicts, for each lead frame, three relatively bright zones at the periphery. The relatively bright areas correspond to the locations with insets in the sidewalls, which can also be seen in the cross-sectional image above as small areas under each lead frame

that are filled with resin. The three inset sidewalls described in the preceding paragraph at least partially define a fixing space for each of the lead frames that undercuts the upper surface. The fixing spaces are filled with resin as shown in the images above to support the two lead frames.

28. Healthe's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

29. Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT II**

**INFRINGEMENT OF THE '967 PATENT**

**EXAMPLE CLAIM 1**

30. Healthe has infringed and continues to infringe one or more claims of the '967 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the GoodNight FG-07002 LED bulb within the United States or importing the GoodNight FG-07002 LED bulb into the United States.

31. The GoodNight FG-07002 LED bulb includes a plurality of LED packages. Optical microscope images of an LED package from the GoodNight FG-07002 LED bulb are reproduced below before and after removal of an encapsulant.



32. The top image below is an optical microscope image of a cross-section through the LED package. The bottom image is an x-ray through the package.





33. As the above images show, the LED package contains two metal lead frames spaced apart from each other. The optical image shows that each lead frame has a substantially flat top surface, a bottom surface, and sidewalls between the top and bottom surfaces. LED chips are disposed on the top surface of the left lead frame in the optical image.

34. The cross-section image above depict the cross-sectional shape of the sidewalls of both lead frames at the sides that face each other in the horizontal direction. In addition, the upper surface of the left and right lead frames extend further into the space between the lead frames than the bottom surface of the left and right lead frames. That the top surfaces extend further into the space indicates an undercut in the sidewall that partially defines a fixing space between the two lead frames. This same feature is also depicted in the x-ray image above. In particular, both leads are shown with relatively dark inner regions and three sides have relatively light outer regions. The differences in brightness correlate to the thickness of the metal at those locations. The relatively light outer regions correspond to undercut sidewalls on three sides of both lead frames. The undercuts form the fixing space.

35. As discussed above, both lead frames have three undercut sidewalls as indicated by the x-ray images above. Of those three undercut sidewalls, each lead frame has a single sidewall

shown as extending vertically in the x-ray image and two sidewalls shown as extending horizontally. The sidewalls extending horizontally in the x-ray image are all parallel and also perpendicular to those shown extending vertically.

36. Healthe's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

37. Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT III**

**INFRINGEMENT OF THE '800 PATENT**

**EXAMPLE CLAIM 1**

38. Healthe has infringed and continues to infringe one or more claims of the '800 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a), at least by without authority making, using, offering to sell and/or selling the JOURNI FG-07028 mobile light within the United States or importing the JOURNI FG-07028 mobile light into the United States.

39. The JOURNI FG-07028 mobile light includes a plurality of LED packages, each of which comprises at least one light emitting diode. Optical microscope images of the LED package from the JOURNI FG-07028 mobile light are reproduced below before and after removal of an encapsulant. As shown in the image below right, the LED package includes a light emitting diode (LED) chip





40. Two images of the LED chip from the JOURNI FG-07028 mobile light are reproduced below. The images are scanning electron microscope images created after the creation of a hole in the LED using ion milling. The structure shown on the left side of the first image is an n-pad, which sits on top of and in contact with an n-type semiconductor layer. Above the n-type semiconductor layer are an active layer, an electron blocking layer and a p-type semiconductor layer. The active layer comprises a multi-quantum well, with the layers distinguishable by differing Indium concentrations. Between the active layer and the p-type layer is an electron blocking layer, which is distinguishable by being relatively free of both Magnesium and Indium.






41. The p-type semiconductor layer of the LED chip comprises a number of layers. From top to bottom, the layers include a p-type contact layer, a hole transport layer, and a hole injection layer. The p-type contact layer is distinguishable by a relatively high level of Magnesium doping near the surface of the LED chip. Next, a hole transport layer has varying levels of the Magnesium doping, a first layer with relatively low Magnesium doping, an intermediate layer with relatively high Magnesium doping, and second layer with relatively low Magnesium doping. The level of Magnesium within the first layer with relatively low level doping increases at both ends and decreases toward the middle. The hole injection layer is again distinguishable based on its level of Magnesium doping.

42. Three transmission electron microscope images of the LED chip are reproduced below. The image below left shows the full epi-structure above a patterned sapphire substrate. The center image indicates a plurality of layers including from bottom to top an n-type semiconductor

layer, a multi-quantum well active layer, and a p-type semiconductor layer. The image below right focusses in on the p-type semiconductor layer and a portion of the multi-quantum well active layer. As the image shows, the p-type semiconductor layer includes a number of layers as described above, with the relative brightness of each layer correlating with the dopant concentration.




43. Healthe's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

44. Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT IV**

**INFRINGEMENT OF THE '210 PATENT**

**EXAMPLE CLAIM 1**

45. Healthe has infringed and continues to infringe one or more claims of the '210 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a) at least by without authority making, using, offering to sell, and/or selling the JOURNI FG-07028 mobile light within the United States or importing the JOURNI FG-07028 mobile light into the United States.

46. The JOURNI FG-07028 mobile light includes a plurality of LED packages, each of which comprises at least one light emitting diode. Optical microscope images of the LED package

from the JOURNI FG-07028 mobile light are reproduced below before and after removal of an encapsulant.





47. Below are three transmission electron microscope images of the epi-structure of the light emitting diode. The image to the left shows the entire epi-structure above a patterned sapphire substrate. The image below middle enlarges the region of the epi-structure around the multi-quantum well active layer. The image below right enlarges the region under the active region. The epi-structure includes from top to bottom in relevant part a p-type contact layer, a multi-quantum well active region, and an n-type contact layer. The active region, which appears as a relatively bright repeating pattern of Indium doped layers separated by relatively dark barrier layers near the center of the image. Below the active region is a superlattice layer, which includes a plurality of layers, and appears as a relatively faint and closely spaced pattern. Below the superlattice is a spacer layer, which includes a plurality of layers, and appears as a relatively faint and widely spaced pattern.









48. Based on the level of Indium doping in the active region, the superlattice layer, and the spacer layer, the spacer layer will have a bandgap smaller than the barrier layers of the multi-quantum well, but higher than the bandgap of the quantum well layers.

49. Healthe’s infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

50. Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT V**

**INFRINGEMENT OF THE ’225 PATENT**

**EXAMPLE CLAIM 1**

51. Healthe has infringed and continues to infringe one or more claims of the ’225 patent, including but not limited to exemplary claim 1, pursuant to 35 U.S.C. § 271(a) at least by without authority offering to sell and/or selling the S9581 lamp within the United States or importing the S9581 lamp into the United States.

52. The JOURNI FG-07028 mobile light includes a plurality of LEDs. An optical image of an LED from the JOURNI FG-07028 mobile light is reproduced below.



53. Below are three transmission electron microscope images of the epi-structure of the LED chip. The image to the left shows the entire epi-structure above a patterned sapphire substrate. The image below middle enlarges the region of the epi-structure around the multi-quantum well

active layer. The image below right enlarges a portion of the multi-quantum well. The LED includes from bottom to top in relevant part a substrate, an n-type semiconductor layer, a multi-quantum well structure, and an p-type semiconductor layer. The multi-quantum well structure comprises brightly colored wells separated by darker barriers.




54. The well layers within the multi-quantum well include indium. In addition, the concentration of indium varies across the layer, with areas of relatively high indium concentration transitioning to areas of lower indium concentration. The regions of relatively higher indium concentration correspond to carrier trap portions. And the transition from relatively lower to relatively higher indium concentration corresponds to a related drop in the band-gap energy.

55. Healthe's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

56. Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

**COUNT VI**

**INFRINGEMENT OF THE ’868 PATENT**

**EXAMPLE CLAIM 1**

57. Healthe has infringed and continues to infringe one or more claims of the ’868 patent, including but not limited to claim 1, pursuant to 35 U.S.C. § 271(a) at least by without

authority offering to sell and/or selling the JOURNI FG-07028 mobile light within the United States or importing the JOURNI FG-07028 mobile light into the United States.

58. The JOURNI FG-07028 mobile light includes a plurality of LEDs. An optical image of the LED from the JOURNI FG-07028 mobile light is reproduced below.



59. Two images of an LED from the JOURNI FG-07028 mobile light are reproduced below. Both images are scanning electron microscope images created after the creation of a hole in the LED using ion milling. The structure shown on the left side of the left image is an n-pad, which sits on top of and in contact with an n-type semiconductor layer. Above the n-type semiconductor layer are a light emitting unit (active layer) and a p-type semiconductor layer.





60. A number of layers are disposed between the p-type semiconductor layer and the light emitting unit. From bottom to top, the layers include a first layer, a second layer, and a third layer, each of which has different levels of the Magnesium doping, the first layer with relatively low Magnesium doping, the second layer with relatively high Magnesium doping, and the third layer with relatively intermediate Magnesium doping.

61. Three transmission electron microscope images of the LED are reproduced below. The image below left shows the full epi-structure above a patterned sapphire substrate. The center image indicates a plurality of layers including from bottom to top an n-type semiconductor layer, a light emitting unit, and a p-type semiconductor layer. The image below right focusses in on the p-type semiconductor layer and a small portion of the multi-quantum well active layer. As the image shows, a number of layers as described above located below the p-type semiconductor layer, with the relative brightness of each layer correlating with the dopant concentration.








62. Healthe's infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

63. Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## COUNT VII

## INFRINGEMENT OF THE '032 PATENT

## EXAMPLE CLAIM 19

64. Healthe has infringed and continues to infringe one or more claims of the '032 patent, including but not limited to exemplary claim 19, pursuant to 35 U.S.C. § 271(a) at least by without authority offering to sell and/or selling the JOURNI FG-07028 mobile light within the United States or importing the JOURNI FG-07028 mobile light into the United States.

65. The JOURNI FG-07028 mobile light includes a plurality of light emitting diodes. An optical image of the light emitting diode from the JOURNI FG-07028 mobile light is reproduced below.



66. The images below were created using a scanning electron microscope after a hole was milled into the light emitting diode using an ion beam. The image below left shows a hole created near the n-electrode pad. The image below right provides an enlarged view of the side of the milled hole, showing an n-type contact layer comprising silicon doped GaN, a p-type contact layer comprising magnesium doped GaN and an active layer comprising InAlGaN.





67. The active layer of the light emitting diode includes barrier and well layers. The barrier layers are comprised of AlGaN, whereas the well layers are comprised of InGaN. The barrier layers also include AlGaN-based quantum dots that forms a strain enhancing layer within the barrier layer. These high aluminum-containing quantum dots have a lower lattice constant than the low aluminum-containing AlGaN barrier layer, thus providing compressive strain to the well layer.

68. Healthe’s infringement has caused and is continuing to cause damage and irreparable injury to Plaintiffs. Plaintiffs will continue to suffer damage and irreparable injury unless and until that infringement is enjoined by this Court, as a remedy at law alone would be inadequate.

69. Plaintiffs are entitled to injunctive relief and damages in accordance with 35 U.S.C. §§ 271, 281, 283, and 284.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court enter judgment in their favor and against Healthe as follows:

A. A declaration that Healthe has infringed the ’552 patent, ’967 patent, ’800 patent, ’210 patent, ’225 patent, ’868 patent, and ’032 patent under 35 U.S.C. § 271, and a final judgment incorporating the same;

B. A permanent injunction, enjoining Healthe and its officers, agents, servants, employees, representatives, successors, and assigns, and all others acting in concert or participation with them from continued infringement under 35 U.S.C. § 271 of the ’552 patent, ’967 patent, ’800 patent, ’210 patent, ’225 patent, ’868 patent, and ’032 patent;

C. An award of damages adequate to compensate Plaintiffs for Healthe’s infringement the ’552 patent, ’967 patent, ’800 patent, ’210 patent, ’225 patent, ’868 patent, and ’032 patent together with prejudgment and post-judgment interest and costs pursuant to 35 U.S.C. § 284;

D. An accounting of all infringing sales and other infringing acts by Healthe, and an order compelling an accounting for infringing acts not presented at trial and an award by the Court of additional damages for such acts; and

E. Any other relief to which Plaintiffs are entitled or that the Court seems just and proper.

**JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs hereby demand trial by jury of all issues so triable.

Dated: November 29, 2019

Respectfully submitted,

By: *s/ C. Matthew Detzel*

C. Matthew Detzel, Esq.
Fla. Bar. No. 050604
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
matthew.detzel@hklaw.com

Michael B. Eisenberg, Esq.
*(pro hac vice pending)*
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212.513.3529
Facsimile: 212.385.9010
michael.eisenberg@hklaw.com

*Attorneys for Plaintiffs*