**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SEOUL SEMICONDUCTOR CO., LTD., a Korean corporation and SEOUL VIOSYS CO., LTD., a Korean corporation,

      Plaintiffs,

v.

HEALTHE, INC.

      Defendant.
_____/

Case No. 6:19-cv-02264-CEM-EJK

**DEFENDANT'S CERTIFICATE OF**
**INTERESTED PARTIES AND CORPORATE DISCLOSURE**

Defendant Healthe, Inc. ("Healthe" or "Defendant") hereby discloses the following pursuant to this Court's Interested Persons Order (Document 7):

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Healthe, Inc.
- Lighting Science Group Corporation
- Pegasus Capital Advisors, L.P.
- Pegasus Partners IV, L.P.
- Pegasus Partners V, L.P.

2

- Widerman Malek, PL
- Noroozi PC

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- Pegasus Capital Advisors, L.P.
- Pegasus Partners IV, L.P.
- Pegasus Partners V, L.P.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- Healthe, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

DATED: February 20, 2020

                Respectfully submitted,

                */s/ Mark F. Warzecha*
                Mark F. Warzecha
                Florida Bar No. 95779
                MFW@USLegalTeam.com
                WIDERMAN MALEK, PL
                1990 W. New Haven Ave., Ste 201
                Melbourne, FL 32904
                Telephone: (321) 255-2332
                Facsimile:  (321) 255-2351
                *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this February 20, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                */s/ Mark F. Warzecha*