**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SEOUL SEMICONDUCTOR CO., LTD., a
Korean corporation and SEOUL VIOSYS
CO., LTD., a Korean corporation,

        Plaintiffs,

v.

HEALTHE, INC.

        Defendant.

_____/

Case No. 6:19-cv-02264-CEM-EJK

**MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Eric Hayes of Kirkland & Ellis LLP, by and through the undersigned, pursuant to Local Rule 2.02, moves for special admission to appear in this case *pro hac vice* as counsel for Defendant, HEALTHE, INC. ("Defendant"), and states as follows:

1. I am a member in good standing of the Illinois Bar.

2. I do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. To my knowledge, there are no disciplinary or suspension proceedings pending against me in any Court of the United States or of any State, Territory, or Possession of the United States.

4. Within the twelve-month period preceding the date of this motion, I have read the most current version of the Local Rules of the United States District Court for the Middle District of Florida.

1

5. I designate Mark F. Warzecha of the law firm Widerman Malek PL, upon whom all notices and papers in this case may be served and agree to be responsible for the progress of this case including the trial in default of the undersigned.

6. I have submitted to the Clerk the required Special Admission Attorney Certification along with the fee required for special admission.

7. I certify that I will comply with both the fee and email registration requirements of Local Rule 2.01(d).

WHEREFORE, Eric Hayes respectfully requests entry of an order granting this request to appear *pro hac vice* as counsel for Defendant in this case and such other relief as the Court deems just and proper.

DATED: August 31, 2020

    Respectfully submitted,

*/s/ Mark F. Warzecha*
Mark F. Warzecha
Florida Bar No. 95779
MFW@USLegalTeam.com
WIDERMAN MALEK, PL
1990 W. New Haven Ave., Ste 201
Melbourne, FL 32904
Telephone: (321) 255-2332
Facsimile:  (321) 255-2351
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this August 31, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Mark F. Warzecha*