UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SEOUL SEMICONDUCTOR COMPANY, LTD. and SEOUL VIOSYS COMPANY, LTD.,**

      **Plaintiffs,**

v.     Case No:   6:19-cv-2264-Orl-41EJK

**HEALTHE, INC.,**

      **Defendant.**

                                  /

**ORDER**

This cause comes before the Court on Defendant's Motions for Jay Emerick and Eric Hayes to Appear *Pro Hac Vice* (Docs. 32, 33), filed August 31, 2020. Upon consideration, the Motions are due to be denied without prejudice.

Local Rule 2.02(a) states that any non-resident attorney who is a member of a bar of a *district court* outside Florida may appear *pro hac vice* in this Court, provided that "such privilege is not abused by appearances in separate cases as to such a degree as to constitute the maintenance of a regular practice of law in Florida." Both Motions specify that the attorneys seeking *pro hac vice* admission are admitted to the Illinois Bar, but fail to note whether they are admitted to another federal district court bar, as required by the Local Rule. *See id*.

Moreover, the Motions do not contain a certification of good faith conference, as required by Local Rule 3.01(g),[1] and thus the Motions are due to be denied on this basis as well. *See* Local Rule 3.01(g) ("[T]he moving party . . . shall file with the motion a statement (1) certifying that the

---

[1] The filing attorney has previously failed to comply with Local Rule 3.01(g). (*See* Doc. 27.)

moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.").

Accordingly, is it **ORDERED** that Defendant's Motions for Jay Emerick and Eric Hayes to Appear *Pro Hac Vice* (Docs. 32, 33) are **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Orlando, Florida on September 1, 2020.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties