**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SEOUL SEMICONDUCTOR CO., LTD., a
Korean corporation and SEOUL VIOSYS
CO., LTD., a Korean corporation,

              Plaintiffs,                    Case No. 6:19-cv-02264-CEM-EJK

v.

HEALTHE, INC.

              Defendant.

_____/

**PLAINTIFFS' MOTION FOR ENLARGEMENT OF**
**PAGE LIMITS AND MEMORANDUM OF LAW IN SUPPORT**

      Pursuant to Local Rule 3.01(d), Plaintiffs Seoul Semiconductor Co. Ltd. and Seoul

Viosys Co. Ltd. (collectively "Plaintiffs") request the Court grant leave for Plaintiffs to file a

claim construction brief of up to thirty (30) pages. The Motion is based on the following

memorandum.

      Plaintiffs must file their Claim Construction Brief by November 18, 2020. *See* [Doc.

22] at 1. The Amended Case Management and Scheduling Order ("CMSO") provides that

"[n]o party shall file a motion and supporting memorandum in excess of twenty-five pages . .

. except by permission of the Court." [Doc. 22] at 6 (citing Local Rule 3.01(a)).  The CMSO

further provides relief from page limitations "will not be granted without a specific showing

of good cause." *Id.*

      Good cause supports Plaintiffs' requested page limit enlargement from 25 pages to 30

pages for its opening claim construction brief. In this action, there are seven (7) asserted patents

involving light emitting diode technologies in this case. Defendant Healthe, Inc. ("Defendant") identified 29 claim terms for construction, a majority of which Defendant alleges, with no explanation, to be indefinite—an invalidity defense. Defendant has given no notice or explanation to Plaintiffs for Defendant's indefiniteness theories.

Plaintiffs sought Defendant's agreement to jointly enlarge the page limits for both parties' briefs. Defendant would not agree to an increase in the page limits unless Plaintiffs waived their right to seek leave to reply to Defendant's as-yet undisclosed indefiniteness arguments.  Given the number of terms at issue, Plaintiffs are unable to agree to such waiver without knowing what invalidity and indefiniteness arguments Defendant may seek to assert.

As noted, there are 29 disputed claim terms, but there is also significant overlap of disputed claim terms with the related case, *Seoul Semiconductor Co. Ltd. and Seoul Viosys Co. Ltd. v. VividGro, Inc.*, Case No. 6:19-cv-02263-CEM-EJK.  As such, there will be some repetition of substance, but not judicial effort, to ensure a complete record in each case. Given the number of terms for the Court's construction and the highly technical subject matter at issue, Plaintiffs anticipate they will need five (5) additional pages to fully address the terms at issue. Other courts in this district have found good cause for similar page enlargement requests to allow the requesting party to fully address complex subject matter in a patent case. *See www.TrustScience.com Inc. v. Bloom Ltd.*, 618CV1174ORL41DCI, 2018 WL 8368844, at *1 (M.D. Fla. Oct. 11, 2018) (finding good cause existed to grant request for five additional pages to defendant for motion to dismiss where defendant required "extensive space ... to fully brief the invalidity of the patents at issue."). Consequently, Plaintiffs respectfully request leave to file a claim construction brief of up to thirty (30) pages.

## <u>Local Rule 3.01(g) Certification</u>

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for the parties

conferred via electronic mail as to the relief sought herein.  The parties were, however, unable

to come to agreement regarding the relief sought, and Defendant opposes this Motion.

Dated: November 16, 2020

<u>/s/ C. Matthew Detzel</u>

C. Matthew Detzel, Esq.
Fla. Bar. No. 050604
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
matthew.detzel@hklaw.com

Michael B. Eisenberg, Esq.
(*pro hac vice*)
HOLLAND & KNIGHT LLP
31 West 52nd Street
New York, New York 10019
Telephone: 212.513.3529
Facsimile: 212.385.9010
michael.eisenberg@hklaw.com

*Attorneys for Plaintiff*s

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this November 16, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ C. Matthew Detzel*