UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SEOUL SEMICONDUCTOR
COMPANY, LTD. and SEOUL VIOSYS
COMPANY, LTD.,

        **Plaintiffs,**

**v.**                                  **Case No:   6:19-cv-2264-Orl-41EJK**

**HEALTHE, INC.,**

        **Defendant.**
_____/

### ORDER

     This cause comes before the Court without oral argument on Defendant's Unopposed Motions to Appear *Pro Hac Vice*  (the "Motions") (Doc. 62, 63), filed January 7, 2021.

     Upon consideration, the Motions to appear *pro hac vice* of Abigail Lauer Litow, Esq. and Tiffany M. Knapp, Esq. are **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." Counsel admitted to appear *pro hac vice* must take the tutorial offered on the website before using the system.

     Local counsel, Mark F. Warzecha, Esq., fully assumes all responsibilities set forth in Local Rule 2.02. In particular, the Court reminds local counsel that local counsel "will be responsible for the progress of the case," including responsibility for trial in this matter if the non-resident attorney defaults.   Local Rule 2.02(a). If local counsel is unwilling to assume all required responsibilities,

a written designation and consent to act by another local attorney must be filed within ten days of the date of this order.

        **DONE** and **ORDERED** in Orlando, Florida on January 19, 2021.

                                     EMBRY J. KIDD
                         UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties